# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**WILLIE JAMES CHANDLER, JR,**

    **Plaintiff,**

**vs.**                                       **CASE NO. 1:07CV145-MP/AK**

**CANDITA RIVERA,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Motion for extension of time to file an amended complaint. (Doc. 18). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall have through **February 26, 2008** to file an amended complaint. He does not need to file a motion with the pleading.

**DONE AND ORDERED** this  **5th**  day of February, 2008.


                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**