IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIE JAMES CHANDLER, JR.,

    Plaintiff,

v.                                               CASE NO. 1:07-cv-00145-MP-AK

JENNIFER HAAS, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 25, Motion for Extension of Time to File Objections to Report and Recommendation, filed by Plaintiff Willie Chandler. In his motion, Plaintiff states that he is currently serving thirty days in confinement, which delayed the Magistrate's Report in reaching him, and prevents him from accessing legal materials to adequately respond to the Magistrate's Report.  Because of this, Plaintiff requests an extension of the deadline in which to file his objections. This request is granted, and Plaintiff Chandler shall file his objections to the Magistrate's Report on or before Friday, May 9, 2008.

    **DONE AND ORDERED** this   _15th_ day of April, 2008

                                           *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge