IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIE JAMES CHANDLER, JR.,

    Plaintiff,

v.                                                CASE NO. 1:07-cv-00145-MP-AK

JENNIFER HAAS, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 23, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed for failure to state a claim upon which relief may be granted. The Magistrate Judge filed the Report and Recommendation on Monday, March 31, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

In this case, Plaintiff brings suit under 42 U.S.C. §1983 alleging that classification members at Santa Rosa Correctional Institution are continuing to hold him in close management in violation of his due process rights. After reviewing the amended complaint, the Magistrate concludes that Plaintiff has no liberty interest in being kept out of close confinement since disciplinary segregation is not an "atypical and significant hardship . . . in relation to ordinary incidents of prison life." See Sandin v. Conner, 515 U.S. 472, 484 (1995). Because of this, the Magistrate recommends that the complaint be dismissed for failure to state a claim upon which relief may be granted.

Plaintiff argues in his objections that the Defendants have ignored his requests for exoneration for telling the truth.  Essentially, Plaintiff complains that at the disciplinary hearing, the testimony of the corrections officer was credited as truthful rather than his own.  The Court agrees with the Magistrate that there are no due process "rights" violated by any of the actions alleged in the complaint, and that the complaint fails to state a claim.  Therefore, having considered the Report and Recommendation, and the objections thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Plaintiff's amended complaint, Doc. 20, is DISMISSED for failure to state a claim upon which relief may be granted.  The Clerk of court is directed to note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this   *16th* day of May, 2008

>              *s/Maurice M. Paul*
>         Maurice M. Paul, Senior District Judge